# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Hector Manuel ZAVALA Reyes (1),<br>Sammy CORTES, Jr. (2),<br>Juan Carlos RENTERIA Espinoza (3), and<br>Martin Octavio MARTINEZ Sanchez (4),<br><br>　　　　　　　　Defendants. | Case No.: '22 MJ3390<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21, U.S.C. §§ 952 and 960 – Importation of a Controlled Substance (Felony); Title 21, U.S.C. §§ 952, 960, 963 – Conspiracy to Import a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about September 14, 2022, within the Southern District of California, Hector Manuel ZAVALA Reyes, did knowingly and intentionally import a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

### COUNT 2

Beginning on a date unknown and continuing up to and on September 14, 2022, within the Southern District of California, defendants Hector Manuel ZAVALA Reyes, Sammy CORTES, Jr., Juan Carlos RENTERIA Espinoza, and Martin Octavio MARTINEZ

Sanchez, did knowingly and intentionally conspire with each other and unknown persons to import a mixture or substance containing a detectable amount of cocaine, a Scheduled II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952, 960, and 963.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Robert H. Resico
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 15th of September 2022.

_____
HON. ALLISON H. GODDARD
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On September 14, 2022, at approximately 9:50 AM, Sammy CORTES, Jr. ("CORTES"), a United States Citizen, entered the United States from Mexico through the San Ysidro Port of Entry in vehicle lane 22. CORTES was the driver and registered owner of a 2009 Chevrolet Silverado (V-1) bearing California license plates. CORTES was accompanied by a passenger, Juan Carlos RENTERIA Espinoza ("RENTERIA"), a Mexican national.

At approximately 10:37 AM, Hector Manuel ZAVALA Reyes ("ZAVALA"), a Mexican national, entered the United States from Mexico through the San Ysidro Port of Entry in vehicle lane 1. ZAVALA was the driver and sole occupant of a white 2010 MCI commercial passenger bus (the "Bus").

GPS tracking devices were affixed to V-1 and the Bus when the vehicles entered the United States on September 14, 2022, under previously issued federal court-authorized tracking warrants. Law enforcement monitored the movements of V-1 and the Bus through the GPS tracking devices and saw V-1 and the Bus take different routes from the San Ysidro Port of Entry to a vehicle storage lot in Perris, California (the "Lot"). Law enforcement observed through the GPS tracking device that the Bus did not take any lengthy or significant stops between the San Ysidro Port of Entry and the Lot.

Homeland Security Investigations ("HSI") Special Agents were able to observe V-1 and the Bus meet at the Lot through previously-installed pole cameras. A law enforcement aerial unit was also able to monitor activity at the Lot from the air. A law enforcement officer in the aerial unit observed at least three people walking around V-1 and the Bus while both V-1 and the Bus were at the Lot, as well as a large and enclosed canopy tent (the "Tent") immediately adjacent to the Bus.

Law enforcement later observed another vehicle (V-2) arrive at the Lot and park near V-1 and the Bus. Law enforcement saw one of the previously described individuals at the Lot get into the V-2 and V-2 leave the Lot. Shortly thereafter, law enforcement conducted a stop of V-2, a Chevrolet Spark. The occupants in V-2 were identified as

Martin Octavio MARTINEZ Sanchez ("MARTINEZ"), a Mexican national, and ZAVALA. During the course of the stop, law enforcement obtained consent to search V-2 and observed heavyweight mechanical straps inside V-2.

Law enforcement observed CORTES and RENTERIA accessing the Bus, the Tent, and a nearby stationary commercial passenger bus inside the Lot. Law enforcement secured the perimeter of the Lot to obtain a warrant to search the Bus, the Tent, and the stationary commercial passenger bus. Law enforcement observed CORTES and RENTERIA get into V-1 and attempt to leave the Lot. CORTES and RENTERIA were detained before they were able to flee. Law enforcement also detained MARTINEZ and ZAVALA pending the search warrant.

Law enforcement later received federal court-authorized warrants to search the Bus, the Tent, and the stationary commercial passenger bus. Upon executing the warrants, law enforcement discovered that the Bus's fuel tank was removed from the Bus and concealed inside the Tent. Nearby the removed fuel tank were two containers holding 100 vacuum sealed packages. The gross weight of the packages with the two containers was approximately 127 kilograms (279.98 pounds). A sample from the seized packages was removed and it tested positive for the characteristics of cocaine.

During the search, law enforcement observed a non-factory access panel at the top of the removed fuel tank and a non-factory compartment inside the fuel tank. Law enforcement also observed inside the Tent heavyweight mechanical straps that appeared to be same type of heavyweight mechanical straps observed inside V-2. Law enforcement officers believe that these heavyweight mechanical straps were used to extract the loaded fuel tank from the Bus.

CORTES, RENTERIA, ZAVALA, and MARTINEZ were placed under arrest at approximately 5:01 PM.

During a post-*Miranda* interview, CORTES admitted that he was going to be paid $1,000 USD to remove narcotics from the Bus's fuel tank at the Lot. CORTES said that he removed drugs from fuel tanks of commercial buses at the Lot on approximately eight

occasions for financial gain.  CORTES also stated that he believed he was only removing cocaine from the fuel tanks at the Lot.

During a post-*Miranda* interview, RENTERIA admitted that he was going to be paid $1,000 USD to remove narcotics from the Bus's fuel tank at the Lot.  RENTERIA further stated that this was his first time removing drugs from a commercial bus's gas tank at the Lot.

During a post-*Miranda* interview, ZAVALA denied knowledge of transporting narcotics into the United States.  ZAVALA said that he was going to be paid $500 USD to drive the Bus to the Lot, but did not know that drugs were concealed inside the Bus.

CORTES, RENTERIA, ZAVALA, and MARTINEZ were arrested and charged with a violation of Title 21, United States Code, Sections 952, 960, and 963, importation of and conspiracy to import a controlled substance.