FILED
Oct 14 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ gloriav  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

August 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. HECTOR MANUEL ZAVALA-REYES (1), SAMMY CORTES, JR. (2), JUAN CARLOS RENTERIA-ESPINOZA (3), MARTIN OCTAVIO MARTINEZ-SANCHEZ (4), Defendants. | Case No. '22 CR2364 JO<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952, 960, and 963-Conspiracy to Import Cocaine; Title 21, U.S.C., Secs. 952, 960- Importation of Cocaine; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 21, U.S.C., Sec. 853- Criminal Forfeiture |

The grand jury charges:

### Count 1

Beginning on or around a date unknown to the grand jury and continuing up to and including September 14, 2022, within the Southern District of California, and elsewhere, defendants, HECTOR MANUEL ZAVALA-REYES, SAMMY CORTES, JR., JUAN CARLOS RENTERIA-ESPINOZA, and MARTIN OCTAVIO MARTINEZ-SANCHEZ, did knowingly and intentionally conspire together and with each other and with other persons known and unknown to import 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960, and 963.

//

MAD:cms:San Diego:10/14/22

## Count 2

On or about September 14, 2022, within the Southern District of California, defendants, HECTOR MANUEL ZAVALA-REYES, SAMMY CORTES, JR., JUAN CARLOS RENTERIA-ESPINOZA, and MARTIN OCTAVIO MARTINEZ-SANCHEZ, did knowingly and intentionally import 5 kilograms and more, to wit: approximately 120.50 kilograms (265.65 pounds) of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 and 2 are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of one and more of the felony offenses alleged in Counts 1 and 2 of this indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants, HECTOR MANUEL ZAVALA-REYES, SAMMY CORTES, JR., JUAN CARLOS RENTERIA-ESPINOZA, and MARTIN OCTAVIO MARTINEZ-SANCHEZ, shall forfeit to the United States all rights, title, and interest in any and all property constituting, and derived from, any proceeds the defendants obtained, directly and indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 and 2 of this indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants -

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATED: October 14, 2022.

RANDY S. GROSSMAN
United States Attorney

By: /s/ Patrick C. Swan
PATRICK C. SWAN
Assistant U.S. Attorney