AO 247 (Rev. 11/11:CASD 05/15)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                              Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No: 22-cr-2364-JO |
| Hector Manuel Zavala Reyes (1) | ) | USM No: 21841-510 |
| Date of Original Judgment: 6/6/2023 | ) | |
| Date of Previous Amended Judgment: | ) | Keith Rutman |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

The amended Guideline range, after applying a two-level downward adjustment under Amendment 821, would be 57 to 71 months. The Defendant received a sentence of 48 months which is the below the amended Guideline range. Accordingly, the Court DENIES the Defendant's motion to reduce the sentence because the current version of USSG § 1B1.10(b)(2) "prohibits a court from reducing a defendant's sentence to a term that is less than the minimum of the amended guidelines range, except in the case of a defendant who originally received a below-guidelines sentence based on substantial assistance to the government." *United States v. Davis*, 739 F.3d 1222, 1224 (9th Cir. 2014).

The Court also DENIES as moot the Defendant's motion for an order directing the Government to procure and produce Defendant's post-rehabilitation documents in support of the motion for sentencing reduction (Dkt. 149, 150) because such documents would have no bearing in determining eligibility under Amendment 821.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 9/19/24

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable Jinsook Ohta, United States District Judge
*Printed name and title*